

22 Corporate Woods Boulevard, Suite 501 | Albany, NY 12211 | bsk.com

**SANJEEVE K. DESOYZA, ESQ.**
desoyzs@bsk.com
P: 518.533.3206
F: 518.533.3299

September 11, 2025

**VIA ELECTRONIC FILING**

Hon. Valerie Figueredo, U.S. Magistrate Judge
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> SO ORDERED
> [signature]
> VALERIE FIGUEREDO
> United States Magistrate Judge
> Dated: 9/12/25
> The Court will consider the motion to dismiss at ECF No. 7 in light of the facts alleged in the amended complaint at ECF No. 15. The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 22.

Re:   *Kareem B. Taylor v. A&H Security Services, LLC*
      Civil Action No. 1:25-cv-7180 (VEC)(VF)

Dear Judge Figueredo:

Our office represents Defendant A&H Security Services, LLC ("A&H Security") in the above-referenced matter. As the Court is aware, A&H Security filed its 12(b)(6) motion to dismiss the complaint on September 3, 2025 (Dkt. No. 7). In response, Plaintiff both opposed A&H Security's motion (Dkt. No. 18) and submitted an Amended Complaint on September 2, 2025 (Dkt. 15).

"[W]hen a plaintiff properly amends her complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303 (2d Cir. 2020). In light of Plaintiff filing an Amended Complaint, A&H Security seeks clarification as to whether the Court anticipates denying A&H Security's 12(b)(6) motion to dismiss as moot, and requiring A&H Security respond to the Amended Complaint, or whether the Court prefers to evaluate the motion in light of the facts alleged in the Amended Complaint.

Thank you for your attention to this matter.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

[signature]

Sanjeeve K. DeSoyza
Member

SKD/RJL
22272394.v1-9/11/25