

**BOND** SCHOENECK & KING

22 Corporate Woods Boulevard, Suite 501 | Albany, NY 12211 | **bsk.com**

**SANJEEVE K. DESOYZA, ESQ.**
desoyzs@bsk.com
P: 518.533.3206
F: 518.533.3299

September 18, 2025

**VIA ELECTRONIC FILING**

Hon. Valerie Figueredo, U.S. Magistrate Judge
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

Re:    *Kareem B. Taylor v. A&H Security Services, LLC*
       *Civil Action No. 1:25-cv-7180 (VEC)(VF)*

Dear Judge Figueredo:

We represent Defendant A&H Security Services, LLC.

We write to respectfully request clarification of the briefing schedule for the pending Motion to Dismiss referenced in the Court's Order dated September 12, 2025 [Dkt. 25].

We appreciate the Court's attention to this request and are available for a conference if the Court believes it would be useful.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Sanjeeve K. DeSoyza
Member

SKD/cab

cc:    Kareem B. Taylor, *Pro Se Plaintiff*

> Defendant is directed to file any reply brief by **October 3, 2025.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 28.
>
> SO ORDERED
>
> VALERIE FIGUEREDO
> United States Magistrate Judge
>
> Dated: 9/22/2025