UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KAREEM B. TAYLOR,

                          Plaintiff,

                -against-

A&H SECURITY SERVICES, LLC,

                        Defendant.
------------------------------------------------------------------X

25-CV-07180 (VEC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to meet and confer and complete a Proposed Case Management Plan for Pro Se Cases, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Wednesday, April 8, 2026**. Parties who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Wednesday, April 8, 2026**.

The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such form with the Court. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their options pursuant to 28 U.S.C. § 636(c).

The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the address listed on the docket.

**SO ORDERED.**

DATED:      New York, New York
            March 9, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2