UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

KAREEM B. TAYLOR,

                Plaintiff,

     -against-

A & H SECURITY SERVICES, LLC

                Defendant.

-------------------------------------------------------X

**RECEIVED**
SDNY PRO SE OFFICE
2026 APR -2 PM 3: 42

**NOTICE OF MOTION**

Civil Case No. 25-CV-07180

Please take notice that Plaintiff, Kareem B. Taylor:

     Here now request that the time to file an opposition to the Defendant's motion to dismiss be extended to May 3, 2026.

Dated: March 29, 2026

KAREEM B. TAYLOR
999 HEGEMAN AVE
BROOKLYN, NY 11208
Ph. #: (347) -283-7324

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

              **Dated: April 8 , 2026**

The requested extension is GRANTED, but no further extensions of this deadline will be permitted. If Plaintiff does not file his opposition by **May 3, 2026**, the motion will be decided based solely on Defendant's papers. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 50 and 51.