UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAREEM B. TAYLOR,

                        Plaintiff,

-against-

A&H SECURITY SERVICES, LLC,

                        Defendant.
-----------------------------------------------------------------X

25-CV-07180 (VEC) (VF)

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to discuss Defendant's letter at ECF No. 53 and proposed case management plan is hereby scheduled for **Thursday, May 14, 2026 at 11:30 a.m.** The parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [943 831 041#].**

The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the address listed on the docket.

    **SO ORDERED.**

DATED:    New York, New York
           April 10, 2026

                                       VALERIE FIGUEREDO
                                       United States Magistrate Judge