UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

KAREEM B. TAYLOR,

Civil Case No. 1:25-CV-07180 (VEC)(VF)

Plaintiff,

-against-

A & H SECURITY SERVICES, LLC

**NOTICE OF MOTION**

Defendant.

-----------------------------------------------------------------

PLEASE TAKE NOTICE that Plaintiff, Kareem B, Taylor:

The Court adopted the Report and Recommendation of Magistrate Judge Valerie Figueredo (Dkt. 59): granting the Defendant's motion to dismiss and allowing the Plaintiff leave to amend his compliant for certain claims. The deadline to file the third amended complaint was set to August 17, 2026. Plaintiff here now request that the time be extended to September 17, 2026.

Dated: August 10, 2026

KAREEM B. TAYLOR
999 HEGEMAN AVE
BROOKLYN, NY 11208
Ph. #: (347) -283-7324

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 14, 2026**

The requested extension is GRANTED. The deadline for Plaintiff to file his third amended complaint is **September 17, 2026**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 60.