UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

KAREEM B. TAYLOR,

Plaintiff,

-against-

A & H SECURITY SERVICES, LLC

Defendant.
---------------------------------------------------------X

**NOTICE OF MOTION**

Civil Case No. 25-CV-07180

Please take notice that Plaintiff, Kareem B. Taylor:

Here now request that the time to file an opposition to the Defendant's motion to dismiss be extended to October 19, 2026.

Dated: October 7, 2026

KAREEM B. TAYLOR
999 HEGEMAN AVE
BROOKLYN, NY 11208
Ph. #: (347) -283-7324

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 8, 2026**

The request for an extension is **GRANTED**. Plaintiff's opposition is due on **October 19, 2026**, and Defendant's reply is due **October 26, 2026**.