**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**KAREEM B. TAYLOR,**

**Plaintiff,**

**25-CV-7180 (VEC) (VF)**

**-against-**

**ORDER**

**A&H SECURITY SERVICES, LLC,**

**Defendant.**

**---------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The deadline for Plaintiff to respond to the Motion to Dismiss the Third Amended Complaint at ECF No. 66 was October 19, 2026. ECF No. 70. Plaintiff is directed to file its response by **Thursday, November 19, 2026**. Defendant's reply is due on **Thursday, November 26, 2026**. If Plaintiff does not file an opposition by the new deadline, the Court will decide the motion based solely on Defendant's submission.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

DATED: New York, New York
October 21, 2026

VALERIE FIGUEREDO
United States Magistrate Judge